UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CAUSE NO. 3:09-CR-94(01) RM |
| ) | |
| COREY MARROW ) | |

## ORDER

No objections have been filed to the magistrate judge's findings and recommendations upon a plea of guilty issued on November 4, 2009 [Doc. No. 9]. Accordingly, the court now ADOPTS those findings and recommendations, ACCEPTS defendant Corey Marrow's plea of guilty, and FINDS the defendant guilty of Count 1 of the Information, in violation of 21 U.S.C. § 843(b) and 18 U.S.C. § 2.

SO ORDERED.

ENTERED:  December 1, 2009

/s/ Robert L. Miller, Jr.
Chief Judge
United States District Court